# United States Bankruptcy Court
## District of Nevada

### Case No. <u>10–20210–bam</u>
### Chapter 7

In re: (Name of Debtor)
JUAN NORIEGA
aka JUAN NORIEGA LAZO
3925 S JONES APT. 3127
LAS VEGAS, NV 89103

Social Security No.:
xxx–xx–7967

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT DAVID A. ROSENBERG is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/13/10                                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court